THE PLANNING AND ZONING COMMISSION OF THE TOWN OF WILTON ET AL. *v.* THE ZONING BOARD OF APPEALS OF THE TOWN OF WILTON ET AL.

The petition by the named defendant for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Melvin J. Silverman,* in support of the petition.
*Allan R. Johnson,* in opposition.

Submitted March 19—decided April 2, 1974

SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The plaintiff's motion to vacate the order dated February 25, 1974, extending the time to March 28, 1974, for the filing of briefs by the defendants in the appeal from the Superior Court in Fairfield County at Stamford is granted. See Practice Book § 665.

*Richard A. Bieder,* in support of the motion.

Submitted March 20—decided April 2, 1974

LOUISE GUERIN *v.* NICHOLAS NORTON, WELFARE COMMISSIONER, STATE WELFARE DEPARTMENT

The plaintiff's motion for permission to file typewritten briefs in the appeal from the Superior Court in Hartford County is granted provided that the briefs are clearly legible and comply with the other requirements of Practice Book § 723, as amended.

*Mary R. Hennessey,* in support of the motion.